IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNY MORROW,

    Plaintiff,                    No. CIV S-06-0266 MCE KJM P

  vs.

CORCORAN STATE PRISON, et al.,

    Defendants.            ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, has requested that this action be dismissed. As provided by Federal Rule of Civil Procedure 41(a), plaintiff's request shall be honored.

        Accordingly, IT IS HEREBY ORDERED that this action is dismissed.

DATED: May 30, 2006.

                                        UNITED STATES MAGISTRATE JUDGE

/mp
morr0266.59